RECEIVED
SDNY PRO SE OFFICE
2022 AUG -5 AM 9:37

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Benjiman Holmes

Write the full name of each plaintiff.

_____CV_____________
(Include case number if one has been assigned)

-against-

Health First Medicaid And Medicare

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

# COMPLAINT

Do you want a jury trial?
☐ Yes ☐ No

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

My constitutional rights have been violated and my disability rights was violation to

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, Benjman Hulmes, is a citizen of the State of
(Plaintiff's name)

New York State
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_______________________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

**If the defendant is an individual:**

The defendant, Health First (Defendant's name), is a citizen of the State of New York

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_______________.

**If the defendant is a corporation:**

The defendant, Health First, is incorporated under the laws of the State of New York

and has its principal place of business in the State of New York

or is incorporated under the laws of (foreign state) _______________

and has its principal place of business in _______________.

**If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.**

## II. PARTIES

### A. Plaintiff Information

**Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.**

Benjiman — Holmes
First Name — Middle Initial — Last Name

600 East 179th Apt 218
Street Address

Bronx, NY — NY — 10457
County, City — State — Zip Code

347-930-5529 — Benmack646@gmail.com
Telephone Number — Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Health First
First Name Last Name

Current Job Title (or other identifying information)

P.O. Box 5165
Current Work Address (or other address where defendant may be served)

New York N.Y. 10274
County, City State Zip Code

Defendant 2: MediCare
First Name Last Name

Current Job Title (or other identifying information)

~~3000~~ P.O. Box 3000
Current Work Address (or other address where defendant may be served)

New York N.Y. 10116
County, City State Zip Code

Defendant 3: medicaid
First Name Last Name

Current Job Title (or other identifying information)

P.O. Box 859 AlBany
Current Work Address (or other address where defendant may be served)

AlBany N.Y. 12291
County, City State Zip Code

Defendant 4:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:

Date(s) of occurrence:

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Health First is a very terrible insuTance because they was to pay me my reimbursement for my bed I paid out of pocket they never pay me back my Money it 2800 I need my money this bin Cents 2016 I ben with them for 15 years. this Company they treat their Customers very badly they talked on the Phon - they have no respect for Customers. they dont have Vendor in South Carlina So I went to a Sears Department store in Savannah Georgia to get this bed the DR. authorized the bed. which I am Seeking interest on this money from 2016 to 2022 This was authorized by DR Joel Posner, MD - In 2021 Of December DR ADAPA SRINIVASA

authorized a Scooter back 2021 and I not get the Scooter this 2022 I wont know wend I am going to get the Scooter. I have heart Value lower back proble Sugar diabetes. This why they Call me a Cardiac Patient the government Says I can get thes things I have proof in black and White. I am Sending Copies of the proof Thank you.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I am asking for the Scooter and my 2.700 oo dollars for a bed this is what the government promise me I am asking for interest on my money.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

8-5-2022 — Dated

[signature] — Plaintiff's Signature

Benjman — First Name

Middle Initial

Hemes — Last Name

600 East 179th Street Apt 218 — Street Address

Bronx, NY — County, City

NY — State

10452 — Zip Code

347-930-5529 — Telephone Number

Benmaek646@gmail.com — Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

CARD TYPE: SEARS ACCOUNT
ACCT #: W7375/0
AUTH CODE: 003403/E

11/03/16 SEARS ACCOUNT TOTAL 483.18

RC: 6...-0117-4793-38.. ..19

U MBR SAVINGS
THIS TRIP
COUPON SAVINGS $62.50

Current Po Balance 46,65
Base Points ed: 4,558
Bonus Points Earned: 351 334
Points Expir 11/30/20
Pts exp dates vary.See .om/FAQ

THE FOLLOWING ITEM(S) MAY BE SUBJECT TO A CANCELLATION/RESTOCKING FEE IF RETURNED:

82 93... KELLOWAYON
82 97865 ADJ BAS

I AGREE TO THE
MY CARDHOLDER

CALL FOR INFORMATION

| | |
|---|---|
| DELIVERY | (800)732- |
| PARTS | (800)469-4663 |
| INSTALLATION | (800)469-4663 |
| SERVICE | (800)469-4663 |

*****************
WE VALUE YOUR FEEDBACK!
***********************
Let us know we did by taking back survey at www.Sear edback.com
You could win $500 in Shop Your Way Points. Sweepstakes ends at end of current month. Void where prohibited. Official Rules at http://s.syw.net/rules/memberpulse
*********************************
Ap sus comentarios!
***********************************
Diganos ... al tomar una ... en www.searsfeedback.com. Usted podria ganar $500 en Puntos Shop Your Way. El sorteo termina al final del mes en curso. Nulo donde este prohibido. Vea las reglas oficiales en http://s.syw.net/rules/memberpulse
***************************************

RETURN POLICY

MOST ITEMS HAVE A RETURN ... OF 30

ALL RETURNS REQUIRE A RECEIPT AND MAY BE LOOKED UP IN STORE. RESTRICTIONS APPLY. SEE SEARS.COM, SIGNS POSTED AT REGISTER OR ASSOCIATE FOR DETAILS.

GROUP ... PLEASE PRESENT



OGLETHORPE MALL 01305
7810 ABERCORN ST
SAVANNAH, GA 31406-0000
912-353-1155

SALESCHECK # 0130508203

XXXXXXXXXXXX66

DELIVER TO

CUSTOMER:
ADDRESS:
123 OLD SALEM
CITY/STATE: BEAUFORT, SC
ZIP CODE: 29902
PHONE:
347-313-6258 347-313-6258

PURCHASER: BENJAMIN HOLMES
ADDRESS: PO BOX 1437

TRAN# REG# ASSOC#
0385 01305 082 208
ASSOC # 208

MERCHANDISE ORDERED
DELIVERY

82 93881 624.99T
ORDERED
SET UP & PUT IN PLACE
97865 ADJ 799.00T
ORDERED
SET UP & PUT IN PLACE
MULT CREDIT 10% 62.50T-
HOME
bonus pts earnd: 122534
Shop Your Way
syw bonus pts earnd: 1920
SEARS
syw bonus pts earnd: 10000
NON REFUNDABLE DELIVERY FEE .00
SUBTOTAL 1361.49

ACCT #: C7835
AUTH CD
AID: A000000041010
APPL PREF NAME: MasterCard
CVM: VERIFIED SIG
11/03/16 SEARS MSTRCRD TOTAL 960.00

## SEARS MATTRESS, FOUNDATION, BED FRAME & HEAD/FOOTBOARD RETURN POLICY

### es and Foundations

olicy for mattresses and foundations gives you the chance to adjust to your new st use the mattress set for 30 nights before requesting a return or exchange. If night adjustment period you are not satisfied, you have between the 31st day day after the delivery date to request a **one-time comfort return or one-ge for a different mattress and foundation of equal or greater value. Where y law, a pick up fee will be charged for our delivery team to pick up the foundation from its location and a <u>15% usage and processing fee* will apply.</u> ase foundations/beds <u>are not returnable</u>.** Please refer to your manufacturer's turns or exchanges are subject to the following terms and conditions:
and foundation must be undamaged, unsoiled and free of stains or infestations.
esponsible for paying any increase in price for the new mattress and n.
ees for the original purchase will not be refunded. All law tags must be

urers of Tempur-Pedic, Serta iComfort, Serta iSeries, Sealy Optimum, Sealy d BeautyRest hybrid mattresses offer longer 120 day comfort guarantees on lucts. See an associate for details.

Call 1-800-479-5899 to process the return or exchange request.

**tresses are purchased AS IS with all faults.** The entire risk as to their quality ance is with the buyer. Display mattresses are not covered by any warranty and eligible for refund, price adjustment, exchange or comfort guarantee. All sales attresses are final. Should the mattress prove defective following purchase, d not the manufacturer, distributor, or retailer assumes the entire cost of all rvicing or repair

### es and Head/Footboards

s and head/footboards may be returned for a refund or exchange within 60 e delivery date with an original receipt if the product is undamaged and you original accessories.
es for the original purchase will not be refunded.
fee will be charged for our delivery team to pick up the bed frame or head/ from its location

### Reporting Requirement

xamine your purchases upon delivery. Customers must report any visible ncluding stains, tears, smudges, snags, handprints, marks or other damage) tress, foundation, bedframe or head/foot board **within 72 hours of home** be eligible for a refund or exchange based upon such visible damage. l items with visible damage are not reported within this timeframe, you cannot fund or exchange because of the visible damage. To report damages and required claim number, call 1-800-479-5899 between 7:30 a.m. and 8:00 p.m. ay – Saturday, and 9:00 a.m. to 6:00 p.m. CST on Sunday.

### et Stores

et stores have a different return policy. Items purchased at Sears Outlet stores e returned to the Sears Outlet stores. See www.searsoutlet.com

rocessing fees are not applicable in Hawaii or where prohibited by law.

---

advantage of a deferred interest promotional offer on your Sears card, you will see this transaction t 1 to 2 credit card billing statements. If it is not listed, please call th...

## THANK YOU FOR YOUR PURCHASE!

Below is some important information about your new purchase.
Please read it carefully so you fully understand how to care for and protect your bed.

- EXPECT AN ADJUSTMENT PERIOD. Your body has been used to your old mattress and it takes time to adjust to the new mattress. It can take days or weeks for your body to adjust to a new mattress. **Give your body time to get adjusted to the new feel.**
- SLIGHT ODOR IS TYPICAL. All materials are new and have traces of manufacturing odors. Both the mattress and boxspring are sealed in plastic bags which can cause a temporary odo Removing all linens and letting the bed air out will help, as will air conditioning. **Most odors dissipate within a week.**
- SLIGHT BODY IMPRESSIONS ARE NORMAL. You can expect your mattress to develop slight indentations called "body impressions" as soon as you start sleeping on it. These slight indentations are normal, and are the result of the quilt and upholstery layers settling and conforming to your individual body. As these layers compress, the mattress will actually improve in performance. While slight body impressions are normal, they are usually not greater than 3/4 inches in depth for memory foam, and 1 1/2 inches in depth for traditional inner spring, and are therefore **not a reason to exchange your mattress.** Although most mattresses now only have one sleep surface, your mattress may benefit in comfort and durability if it is rotated regularly (clockwise).
- VISIBLE RIDGE DOWN THE MIDDLE IS NORMAL. When two people share a bed, they usually each sleep on one side, therefore settling the layers of comfort on each side. Often times, there is a visible ridge down the middle of a king, or queen bed where the comfort layers have not been compressed. This is normal and **is not considered a defect**. To minimize the middle ridge and body impressions, sleep on all surface areas of the bed, including the middle and rotate your mattress and box springs regularly.
- SUPPLY PROPER SUPPORT FOR YOUR MATTRESS AND BED SET. Proper support means corresponding box springs, proper bed frame and supportive bed furniture. Lack of proper support can cause structural damage to your bed set, which may invalidate your warranty and affect your ability to return and exchange the mattress. Careful consideration must be taken when purchasing a mattress only. Today's mattresses are made to work in conjunction with their corresponding box spring as a set. This enhances the durability and comfort life of your bed.
  - o Do not use old box springs. Using your old box springs is not recommended as it is difficult to "see" the structural breakdown which can lead to damage to the mattress. Please discuss your box spring options with your salesperson as to ensure proper support for the mattress, as **improper support may void your warranty or comfort exchange.**
  - o Do not place a board between your mattress and box spring.
  - o Utilize a proper bed frame or bed furniture with proper support. For king and queen sets, a rigid center support that extends to the floor with at least 5 legs or furniture with a rigid center support and at least 5 cross slats is necessary. (See illustration below for clarification).

Examples of proper bed frames for Queen and King size:

- PROTECT YOUR MATTRESS. Utilize a high quality mattress topper on your mattress to protect your new investment against accidental stains. **Spills and stains on your new mattress may affect your ability to return and exchange the mattress.** See warranty for additional information.
- All take-with mattress department merchandise (e.g. Pillows and Protect-A-Bed) is subject to the terms of Sears return policy.

For more information on your warranty, refer to the warranty card that will ...

tress

etails of your set.

inches)

.5 inches)

Spring(s)/ ase(s)

for split cal-king

expected ou on ery Date

)

's before

location sizes

0"

72" x 84" ether new to go up and if it stairwell ances: a tion needs ng to floor nally er. If is less diagonal to turn ire about

**Before you leave the store**

With your sales person's help, select a delivery date that fits your family's schedule with maximum availability. Your salesperson will offer preferred delivery time window to you for an additional fee otherwise Delivery cannot specify time windows.

Your salesperson will confirm your correct phone numbers and address information and review these Delivery Guidelines for your product.

If you have any questions or concerns regarding your purchase, contact your sales person immediately.

For phone number or address corrections, call the number

**For Mattress Home Delivery only**

path

outside,

company

clear

ice.

etc)

apply.

frames

**What to expect for adjustable base delivery**

Adjustable bases will be assembled (unpack, install base and mattress retainer bar, Slide mattress in correct

# DREAMSMATTER at sears

## The Mattress Shop

THANK YOU






